EDWARD ARATARI, Respondent, v. CHRYSLER CORPORATION et al., Appellants.—

Present — Goldman, P. J., Del Vecchio, Marsh, Witmer and Moule, JJ.